B2500A (Form 2500A) (12/15)

## CERTIFICATE OF SERVICE

I, __RUTH EISENBERG__ (name), certify that service of this summons and a copy of the complaint was made __4-22-2022__ (date), which is within 7 days after the summons was issued under Federal Rule of Bankruptcy Procedure 7004(e), by:

- ☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

- ☒ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at: IN Person delivery of SUMMONS IN AN ADVERSARY PROCEEDING and PLAINTIFF'S ORIGINAL COMPLAINT to Defendant: KEYVAN PARSA, Executed at 810 N. Kansas El Paso, Texas 79902 at ~11:59 A.M. RE

- ☐ Residence Service: By leaving the process with the following adult at:

- ☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- ☐ Publication: The defendant was served as follows: [Describe briefly]

- ☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __4-25-2022__  Signature __/s/ signed__

Print Name:  RUTH EISENBERG / Process Service
             TX PSC: 16921 / EXP: 06-30-2023
Business Address:  ASAP Process Service
                   6112 N Mesa St., #6020,
                   El Paso, Texas, 79912
                   Phone: (915) 229-4050
                   Email: elpasoASAP@gmail.com

**EXHIBIT "D"**