B16A (Official form 16A) (1207)

United States Bankruptcy Court
Wester District of Texas
El Paso Division

FILED
MAY 31 2022
U.S. BANKRUPTCY COURT
BY_____ DEPUTY

Case No 22-03004-hcm

Motion for hearing

Motion:

I'm unable to retain a councel for myself or the entity that I have control.

I received a leaked email for Brad W. Odell office that was referring to me as "Bad News" and they must to file Adversary motion ASAP, which they did.

Keyvan Paran
05-13-22

K1P000@gmail.com
915-224-0104