# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## El Paso Division

| | |
|---|---|
| | Bankruptcy Case No.: 21–30633–hcm |
| | Chapter No.: 7 |
| IN RE: **Westmount Group, Inc.** , Debtor(s) | |

| | |
|---|---|
| | Adversary Proceeding No.: 22–03004–hcm |
| | Judge: H. Christopher Mott |
| **Brad W. Odell, Chapter 7 Trustee** Plaintiff | |
| v. | |
| **Techrover, Inc. et al.** Defendant | |

## ORDER TO SEEK DEFAULT

It appearing to the Court that summons has been executed on the following Defendant(s):

> **Techrover, Inc. et al.**
> **Keyvan Parsa**

**IT IS THEREFORE ORDERED** that counsel for the Plaintiff(s) seek a Request for Clerk's Entry of Default pursuant to Federal Rule of Bankruptcy Procedure 7055(a) within thirty (30) days from entry of this order. Failure to do so will result in dismissal for want of prosecution.

**IT IS FURTHER ORDERED** that after the Clerk's Entry of Default is entered pursuant to Federal Rule of Bankruptcy Procedure 7055(a), counsel for the Plaintiff(s) shall seek a default judgment pursuant to Federal Rule of Bankruptcy Procedure 7055(b). Failure to do so will result in dismissal for want of prosecution.

Dated:  6/24/22

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Seek Default Order (AP)] [OsdAPap]**