# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
### El Paso Division

Bankruptcy Case No.: 21–30633–hcm

Chapter No.: 7

IN RE: **Westmount Group, Inc.**, Debtor(s)

Adversary Proceeding No.: 22–03004–hcm

Judge: H. Christopher Mott

**Brad W. Odell, Chapter 7 Trustee**
Plaintiff

v.

**Techrover, Inc. et al.**
Defendant

## CLERK'S ENTRY OF DEFAULT

It appears from the record that the following Defendant(s) failed to plead or otherwise defend in this case as required by law:

**Techrover, Inc., Keyvan Parsa**

Therefore, default is entered against the Defendant(s) as authorized by Bankruptcy Rule 7055.

Dated: 6/24/22

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Clerk's Entry of Default(AP)] [MsccedAPap]