# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## El Paso Division

Bankruptcy Case No.: 21−30633−hcm

Chapter No.: 7

IN RE: **Westmount Group, Inc.**, Debtor(s)

Adversary Proceeding No.: 22−03004−hcm

Judge: H. Christopher Mott

**Brad W. Odell, Chapter 7 Trustee**
Plaintiff

v.

**Techrover, Inc. et al.**
Defendant

## CLERK'S ENTRY OF DEFAULT

It appears from the record that the following Defendant(s) failed to plead or otherwise defend in this case as required by law:

**Techrover, Inc., Keyvan Parsa**

Therefore, default is entered against the Defendant(s) as authorized by Bankruptcy Rule 7055.

Dated: 6/24/22

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Clerk's Entry of Default(AP)]** [MsccedAPap]

United States Bankruptcy Court

Western District of Texas

Brad W. Odell, Chapter 7 Trustee,
    Plaintiff

Techrover, Inc.,
    Defendant

Adv. Proc. No. 22-03004-hcm

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 24, 2022 | Form ID: 196 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Brad W. Odell, Chapter 7 Trustee, Mullin Hoard & Brown, L.L.P., P.O. Box 2585, Lubbock, Tx 79408-2585 |
| dft | + | Keyvan Parsa, 810 N. Kansas, El Paso, Tx 79902-5207 |
| dft | + | Techrover, Inc., c/o Keyvan Parsa, 810 N. Kansas, El Paso, Tx 79902-5207 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brad W. Odell | on behalf of Plaintiff Brad W. Odell Chapter 7 Trustee bodell@mhba.com, memert@mhba.com;mreynolds@mhba.com;bwodellscvtxw@ecf.axosfs.com |

TOTAL: 1