22-03004-hcm Doc#12-7 Filed 07/01/22 Entered 07/01/22 11:36:40 Exhibit G Pg 1 of 1
22-03004-hcm Doc#10 Filed 06/24/22 Entered 06/24/22 10:06:25 Msc/EntDflt AP int ptys
Pg 1 of 1

# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## El Paso Division

---

Bankruptcy Case No.: 21–30633–hcm

Chapter No.: 7

IN RE: **Westmount Group, Inc.** , Debtor(s)

---

Adversary Proceeding No.: 22–03004–hcm

Judge: H. Christopher Mott

**Brad W. Odell, Chapter 7 Trustee**
Plaintiff

v.

**Techrover, Inc. et al.**
Defendant

---

## CLERK'S ENTRY OF DEFAULT

It appears from the record that the following Defendant(s) failed to plead or otherwise defend in this case as required by law:

**Techrover, Inc., Keyvan Parsa**

Therefore, default is entered against the Defendant(s) as authorized by Bankruptcy Rule 7055.

Dated: 6/24/22

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Clerk's Entry of Default(AP)] [MsccedAPap]

EXHIBIT
G.