IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WESTMOUNT GROUP, INC., | § | Case No. 21-30633-HCM-7 |
| | § | |
| Debtor. | § | Chapter 7 |
| ------- | - | ------- |
| BRAD W. ODELL, CHAPTER 7 TRUSTEE, | § § | |
| Plaintiff, | § § | |
| | § | ADVERSARY NO. 22-03004-hcm |
| v. | § § | |
| TECHROVER, INC. and KEYVAN PARSA, | § § | |
| Defendants | § | |

## CERTIFICATE OF LAST KNOWN ADDRESS

Plaintiff, Brad W. Odell, Chapter 7 Trustee, in the above-entitled and numbered cause, certifies to the Clerk of this Court that the last known business address of Techrover, Inc., a Texas corporation, and the last know address of Keyvan Parsa, the Defendants in the above-entitled and numbered cause against whom a Default Judgment will be rendered, are as follows:

Techrover, Inc.
Attn: Keyvan Parsa, Registered Agent
810 N. Kansas
El Paso, Texas 79902

Techrover, Inc.
71 Camille Drive
El Paso, Texas 79912

Keyvan Parsa
810 N. Kansas
El Paso, Texas 79902



EXHIBIT I.

Respectfully Submitted,

By: /s/ Brad W. Odell
Brad W. Odell

Mullin Hoard & Brown, LLP
David R. Langston, SBN: 11923800
Brad W. Odell, SBN: 24065839
P.O. Box 2585
Lubbock, TX 79408
Tel: 806-765-7491
Fax: 806-765-0553
dlangston@mhba.com
bodell@mhba.com
***Attorneys for Brad W. Odell, Chapter 7 Trustee***