**The relief described hereinbelow is SO ORDERED.**

**Signed July 27, 2022.**

                                                      _____
                                                            **H. CHRISTOPHER MOTT**
                                                       **UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WESTMOUNT GROUP, INC., | § | Case No. 21-30633-HCM-7 |
| | § | |
| Debtor. | § | Chapter 7 |
| --------------------------------------------------- | - | ----------------------------------------- |
| BRAD W. ODELL, CHAPTER 7 TRUSTEE, | § § | |
| Plaintiff, | § § | |
| | § | ADVERSARY NO. 22-03004-hcm |
| v. | § § | |
| TECHROVER, INC. and KEYVAN PARSA, | § § § | |
| Defendants | § | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Upon consideration of Plaintiff's, Brad W. Odell, Chapter 7 Trustee, Motion for Default Judgment (the "**Motion**") against Defendants, Techrover, Inc., a Texas corporation, and Keyvan Parsa, along with the affidavits and other evidence on file and attached to the Motion, the Court FINDS that the record supports granting Plaintiff a Default Judgment against Techrover, Inc. and

Keyvan Parsa.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that Plaintiff's Motion is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the Court shall enter Final Default Judgment against Defendants Techrover, Inc. and Keyvan Parsa.

###