**The relief described hereinbelow is SO ORDERED.**

**Signed July 27, 2022.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WESTMOUNT GROUP, INC., | § | Case No. 21-30633-HCM-7 |
| | § | |
| Debtor. | § | Chapter 7 |
| ------------------------------------------------- | - | ------------------------------------------ |
| BRAD W. ODELL, CHAPTER 7 TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | ADVERSARY NO. 22-03004-hcm |
| v. | § | |
| | § | |
| TECHROVER, INC. and | § | |
| KEYVAN PARSA, | § | |
| Defendants | § | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Upon consideration of Plaintiff's, Brad W. Odell, Chapter 7 Trustee, Motion for Default Judgment (the "**Motion**") against Defendants, Techrover, Inc., a Texas corporation, and Keyvan Parsa, along with the affidavits and other evidence on file and attached to the Motion, the Court FINDS that the record supports granting Plaintiff a Default Judgment against Techrover, Inc. and

Keyvan Parsa.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that Plaintiff's Motion is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the Court shall enter Final Default Judgment against Defendants Techrover, Inc. and Keyvan Parsa.

###

United States Bankruptcy Court

Western District of Texas

Brad W. Odell, Chapter 7 Trustee,
    Plaintiff

Techrover, Inc.,
    Defendant

Adv. Proc. No. 22-03004-hcm

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 27, 2022 | Form ID: pdfintp | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Brad W. Odell, Chapter 7 Trustee, Mullin Hoard & Brown, L.L.P., P.O. Box 2585, Lubbock, Tx 79408-2585 |
| dft | + | Keyvan Parsa, 810 N. Kansas, El Paso, Tx 79902-5207 |
| dft | + | Techrover, Inc., c/o Keyvan Parsa, 810 N. Kansas, El Paso, Tx 79902-5207 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Jul 27 2022 22:09:00 | United States Trustee - EP12, U.S. Trustee's Office, 615 E. Houston, Suite 533, P.O. Box 1539, San Antonio, TX 78295-1539 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad W. Odell | on behalf of Plaintiff Brad W. Odell Chapter 7 Trustee bodell@mhba.com, memert@mhba.com;mreynolds@mhba.com;bwodellscvtxw@ecf.axosfs.com |

TOTAL: 1