**The relief described hereinbelow is SO ORDERED.**

**Signed July 27, 2022.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WESTMOUNT GROUP, INC., | § | Case No. 21-30633-HCM-7 |
| | § | |
| Debtor. | § | Chapter 7 |
| ------------------------------ | - | ------------------------------ |
| BRAD W. ODELL, CHAPTER 7 TRUSTEE | § | |
| | § | |
| Plaintiff | § | |
| | § | ADVERSARY NO. 22-03004-hcm |
| v. | § | |
| | § | |
| TECHROVER, INC. and KEYVAN PARSA, | § | |
| | § | |
| Defendants | § | |

## FINAL DEFAULT JUDGMENT

On June 24, 2022, the Clerk entered an Entry of Default on the docket in the above-styled adversary proceeding against Defendants Techrover, Inc. and Keyvan Parsa. Defendants were properly served with Plaintiff's Original Complaint and Summons as reflected on the Court's docket and the Certificates of Services filed thereon. Notwithstanding being properly served, Defendants failed to answer or otherwise defend against Plaintiff's Original Complaint.

The Court has considered Plaintiff's Motion for Default Judgment ("**Motion**") filed on July 1, 2022, and the affidavit and evidence attached thereto. After considering the pleadings, the papers on file in this adversary proceeding, the papers on file in Westmount Group, Inc.'s (the

"**Debtor**") bankruptcy case, and the evidence Plaintiff presented on damages in the Motion and through the affidavit of the Brad W. Odell, Chapter 7 Trustee, the Court enters this Final Default Judgment as to both liability of Defendants Techrover, Inc. and Keyvan Parsa, and damages.

The Court hereby RENDERS final judgment for Plaintiff, Brad W. Odell, Chapter 7 Trustee, against Defendant Techrover, Inc. as to Defendant's liability to Plaintiff on Plaintiff's causes of action for preferential transfer pursuant to 11 U.S.C. § 547 and for fraudulent transfer pursuant to 11 U.S.C. §§ 544, 548, and 550, and Texas Business and Commerce Code § 24.005.

Based on the evidence presented and admitted, the Court finds that Plaintiff has been damaged by the transfer to Defendant Techrover, Inc., and Defendant Techrover, Inc. is liable to Plaintiff in the amount of FOUR HUNDRED FIFTY THOUSAND and No/100 Dollars ($450,000.00).

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff, Brad W. Odell, Chapter 7 Trustee, have and recover from Defendant, Techrover, Inc., the sum of FOUR HUNDRED FIFTY THOUSAN and No/100 Dollars ($450,000.00).

The Court further RENDERS final judgment for Plaintiff, Brad W. Odell, Chapter 7 Trustee, against Defendant Keyvan Parsa as to Defendant's liability to Plaintiff on Plaintiff's causes of action for preferential transfer pursuant to 11 U.S.C. § 547, for post-petition transfer pursuant to 11 U.S.C. § 549, and for fraudulent transfer pursuant to 11 U.S.C. §§ 544, 548, and 550, and Texas Business and Commerce Code § 24.005.

Based on the evidence presented and admitted, the Court finds that Plaintiff has been damaged by the transfer to Defendant Keyvan Parsa, and Defendant Keyvan Parsa is liable to Plaintiff in the amount of ONE HUNDRED NINETY THOUSAND FOUR HUNDRED FORTY-FOUR and 65/100 Dollars ($190,444.65).

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff, Brad W. Odell, Chapter 7 Trustee, have and recover from Defendant, Keyvan Parsa, the sum of ONE HUNDRED NINETY THOUSAND FOUR HUNDRED FORTY-FOUR and 65/100 Dollars ($190,444.65).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff, Brad W. Odell, Chapter 7 Trustee, have and recover from Defendants, Techrover, Inc. and Keyvan Parsa, costs of court and post-judgment interest on the damages against each Defendant set forth herein at the legal rate of interest from the date of this Final Default Judgment until paid.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that until Defendants, Techrover, Inc. and Keyvan Parsa, pay in full the amounts set forth in this Final Default Judgment, Defendants shall not be entitled to any claim, whether already filed or to be filed, against the bankruptcy estate of the Debtor pursuant to 11 U.S.C. § 502(d).

IT IS FURTHER ORDERED this Final Default Judgment in favor of Plaintiff, Brad W. Odell, Chapter 7 Trustee, against Defendants, Techrover, Inc. and Keyvan Parsa, is final and appealable.

Plaintiff is allowed such writs and processes as may be necessary in the enforcement and collection of this Final Default Judgment.

###

United States Bankruptcy Court
Western District of Texas

Brad W. Odell, Chapter 7 Trustee,
    Plaintiff

Techrover, Inc.,
    Defendant

Adv. Proc. No. 22-03004-hcm

# CERTIFICATE OF NOTICE

District/off: 0542-3     User: admin     Page 1 of 1
Date Rcvd: Jul 27, 2022     Form ID: pdfintp     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Brad W. Odell, Chapter 7 Trustee, Mullin Hoard & Brown, L.L.P., P.O. Box 2585, Lubbock, Tx 79408-2585 |
| dft | + | Keyvan Parsa, 810 N. Kansas, El Paso, Tx 79902-5207 |
| dft | + | Techrover, Inc., c/o Keyvan Parsa, 810 N. Kansas, El Paso, Tx 79902-5207 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Jul 27 2022 22:09:00 | United States Trustee - EP12, U.S. Trustee's Office, 615 E. Houston, Suite 533, P.O. Box 1539, San Antonio, TX 78295-1539 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad W. Odell | on behalf of Plaintiff Brad W. Odell Chapter 7 Trustee bodell@mhba.com, memert@mhba.com;mreynolds@mhba.com;bwodellscvtxw@ecf.axosfs.com |

TOTAL: 1