IN THE UNITED STATES BANKRUCPTY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WESTMOUNT GROUP, INC. | § | Case No. 21-30633-HCM-7 |
| Debtor, | § | Chapter 7 |
| | § | |
| | § | Adv. Proc. No. 22-03004-hcm |
| | § | |
| BRAD W. ODELL, CHAPTER 7 TRUSTEE, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| KEYVAN PARSA, MD and TECHROVER, INC., | § | |
| Defendants. | § | |

### ENTRY OF APPEARANCE AND DEFENDANTS' RESPONSE TO MOTION FOR DEFAULT JUDGMENT

Comes now, Gabriel S. Perez, and enters his appearance on behalf of Defendants Keyvan Parsa and Techrover, Inc. Defendants, Techrover, Inc. (Techrover) and Keyvan Parsa (Parsa) by and through undersigned counsel, hereby answers Plaintiff's Motion for Default Judgment in the captioned matter as follows:

### Procedural History

1. Defendant, Keyvan Parsa, is a member and officer of Techrover, Inc. Defendant Parsa is a Defendant in a parallel lawsuit in the 327th District Court still pending and set for trial that is comprised of the same factual allegations contained in the Plaintiff's Original Complaint made the basis of the Motion for Default. (see Exhibit A).

2. Defendant, Techrover, as listed is a duly formed Texas for Profit Corporation and is

- 2 -

required to be served independently from any shareholders and officers.

3. The allegations contained within the Motion for Default revolve around the identical nucleus of operative facts that will be contested in a jury trial this fall.

4. The Defendants will enter an answer to the Complaint once a copy is received from Counsel for Plaintiff.

**Argument and Authority**

5. Defendants' response to the Motion for Default Judgment focuses on two legal principles, first, the lack of jurisdiction, and second, the general disdain for default judgments.

6. Generally, federal courts disfavor default judgment as a "harsh" sanction. Because the courts favor resolution of disputes based on the merits, default judgment ordinarily is available only where a party's failure to respond has thwarted the adversarial process. *See Smith v. Phamm*, 2008 U.S. Dist. LEXIS 47177, *5-6, 2008 WL 2474596.

7. In this matter, Defendants' failure to file an answer is not intentional, nor is it intended to prejudice the Plaintiff. Undersigned Counsel will file an Original Answer to the Complaint once a copy is received and then proceed to investigate and work with Counsel for Plaintiff to resolve any claims made.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully pray that the Court deny the Motion for Default Judgment and allow Defendants to file an Answer to Plaintiff's Complaint.

Respectfully submitted,

Law Office of Gabriel S. Perez, PLLC
718 Myrtle Avenue
El Paso, Texas 79901
(915) 444-5351
(505) 671-3836

By: /s/ Gabriel S. Perez
    Gabriel S. Perez
    gabriel@gabrielsperezlaw.com
    NM State Bar No. 138288
    TX State Bar No. 24063580
    Attorney for Defendants

## CERTIFICATE OF SERVICE

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and service to all CM/ECF registrants as listed:

Brad W. Odell, bodell@mhba.com

Mullin Hoard & Brown, LLP

PO Box 2585

Lubbock, Texas 79408

    /s/ Gabriel S. Perez

    Gabriel S. Perez
    Attorney for Defendants

**EXHIBIT A**

- 6 -

**EXHIBIT A**

# REGISTER OF ACTIONS
### CASE NO. 2020DCV2997

| | | |
|---|---|---|
| **Albert Flores VS Keyvan Parsa, MD and Montoya Park Place, Inc.** § § § § § | Case Type: | **Other Contract** |
| | Date Filed: | **09/16/2020** |
| | Location: | **327th District Court** |

---

**RELATED CASE INFORMATION**

**Related Cases**
2021DCV3555 (Related Case)

---

**PARTY INFORMATION**

| | | | Lead Attorneys |
|---|---|---|---|
| **Counter Defendant** | Fidelity National Title Insurance Company | | **J.Manuel Torre-Rodriguez** *Retained* 972-281-0422(W) |
| **Counter Plaintiff** | Flores, Albert | | **E.P. BUD KIRK** *Retained* 915-584-3773(W) |
| **Defendant** | Flores, Albert | | **E.P. BUD KIRK** *Retained* 915-584-3773(W) |
| **Defendant** | Jordan, Deborah | | **RICHARD ROMAN** *Retained* 915-351-2679(W) |
| **Defendant** | Montoya Park Place, Inc. | | **MANNIE KALMAN** *Retained* 915-542-1916(W) |
| **Defendant** | Parsa, Keyvan, MD | | |
| **Intervenor** | Fidelity National Title Insurance Company | | **J.Manuel Torre-Rodriguez** *Retained* 972-281-0422(W) |
| **Plaintiff** | Flores, Albert | | **E.P. BUD KIRK** *Retained* 915-584-3773(W) |

---

**EVENTS & ORDERS OF THE COURT**

**DISPOSITIONS**
09/16/2021 **Order Granted** (Judicial Officer: Spieczny, Tom)
    Comment (ORDER GRANTING WESTSTAR TITLE, LLC MOTION TO SEVER / SIGNED 09.16.21 / KMM)

11/22/2021 **Notice of Removal** (Judicial Officer: Spieczny, Tom)
    Comment (FEDERAL CASE #21-30633-HCM-11 / JA)

04/20/2022 **Order for Non-Suit** (Judicial Officer: Spieczny, Tom)
    Comment (CROSS-CLAIMS AGAINST WESTSTAR TITILE LLC WITH PREJUDICE/ SIGNED 04.20.22/ CR)

**OTHER EVENTS AND HEARINGS**
09/16/2020 **Original Petition (OCA)**    Index # 1
09/16/2020 **E-File Event Original Filing**
09/18/2020 **Request**    Index # 2
09/22/2020 **Affidavit**    Index # 3
09/24/2020 **Citation**
    Parsa, Keyvan, MD                Served            10/01/2020

| Date | Event | | |
|---|---|---|---|
| | | Response Received | 10/01/2020 |
| | | Returned | 10/06/2020 |
| 09/25/2020 | **Motion for Appointment of Attorney Ad Litem**     Index # 4 | | |
| 10/01/2020 | **Answer**     Index # 6 | | |
| 10/05/2020 | **Motion to Dismiss**     Index # 7 | | |
| 10/15/2020 | **Amended Petition**     Index # 8 | | |
| 10/16/2020 | **Response**     Index # 9 | | |
| 11/23/2020 | **Amended Petition**     Index # 10 | | |
| 11/25/2020 | **Motion for Temporary Restraining Order**     Index # 11 | | |
| 12/01/2020 | **Notice of Hearing**     Index # 12 | | |
| 12/02/2020 | **Motion for Continuance**     Index # 13 | | |
| 12/02/2020 | **Motion to Withdraw**     Index # 14 | | |
| 12/03/2020 | **Temporary Restraining Order Hearing** (3:30 PM) (Judicial Officer Chew, Linda) | | |
| 12/03/2020 | **Order Setting Hearing**     Index # 15 | | |
| 12/11/2020 | **Motion for Temporary Restraining Order**     Index # 16 | | |
| 12/14/2020 | **Temporary Restraining Order Hearing** (10:30 AM) (Judicial Officer Chew, Linda) | | |
| 12/15/2020 | **Motion for Substitute Counsel**     Index # 17 | | |
| 12/21/2020 | **Entry of Appearance**     Index # 18 | | |
| 12/22/2020 | **Amended**     Index # 19 | | |
| 01/04/2021 | **Order for Substitute Service**     Index # 20 | | |
| 01/04/2021 | **Temporary Restraining Order**     Index # 21 | | |
| 01/06/2021 | **Notice of Hearing**     Index # 22 | | |
| 01/06/2021 | **Petition in Intervention**     Index # 28 | | |
| 01/11/2021 | **Order of Assignment** | | |
| 01/14/2021 | **Answer**     Index # 23 | | |
| 01/14/2021 | **Response**     Index # 24 | | |
| 01/15/2021 | **Temporary Restraining Order Hearing** (10:00 AM) (Judicial Officer Chew, Linda) | | |
| 01/22/2021 | **Petition in Intervention**     Index # 25 | | |
| 01/27/2021 | **Order for Temporary Injunction**     Index # 27 | | |
| 01/29/2021 | **Request**     Index # 26 | | |
| 02/01/2021 | **Citation** | | |
| |     Jordan, Deborah | Served | 02/03/2021 |
| | | Response Received | 04/05/2021 |
| | | Returned | 02/04/2021 |
| 02/03/2021 | **Answer**     Index # 29 | | |
| 02/04/2021 | **Answer**     Index # 31 | | |
| 02/08/2021 | **Counter Petition**     Index # 32 | | |
| 02/16/2021 | **Answer**     Index # 33 | | |
| 02/22/2021 | **Letter**     Index # 34 | | |
| 03/18/2021 | **Notice of Hearing**     Index # 35 | | |
| 04/05/2021 | **Entry of Appearance**     Index # 36 | | |
| 04/05/2021 | **General Denial**     Index # 37 | | |
| 04/12/2021 | **Motion for Continuance**     Index # 38 | | |
| 04/12/2021 | **Objection**     Index # 39 | | |
| 04/15/2021 | **Order Setting Hearing**     Index # 40 | | |
| 04/16/2021 | **Status Hearing** (2:00 PM) (Judicial Officer Chew, Linda) | | |
| |     *04/15/2021 Reset by Court to 04/16/2021* | | |
| 04/20/2021 | **Motion to Quash**     Index # 41 | | |
| 04/21/2021 | **Motion to Compel**     Index # 42 | | |
| 04/22/2021 | *CANCELED* **Status Conference** (1:30 PM) (Judicial Officer Chew, Linda) | | |
| |     *Court Coordinator Discretionary Cancellation* | | |
| 04/26/2021 | **Order to Compel**     Index # 44 | | |
| 04/26/2021 | **Response**     Index # 43 | | |
| 04/28/2021 | **Motion to Reconsider**     Index # 45 | | |
| 05/05/2021 | **Notice of Hearing**     Index # 47 | | |
| 05/10/2021 | **Notice of Hearing**     Index # 46 | | |
| 05/18/2021 | **Status Hearing** (11:00 AM) (Judicial Officer Chew, Linda) | | |
| 05/18/2021 | **Motion to Reconsider Hearing** (11:00 AM) (Judicial Officer Chew, Linda) | | |
| 05/18/2021 | **Order Setting Non-Jury Trial**     Index # 48 | | |
| 05/27/2021 | **Entry of Appearance**     Index # 49 | | |
| 05/27/2021 | **Motion to Withdraw**     Index # 50 | | |
| 05/28/2021 | **Motion to Reconsider**     Index # 51 | | |
| 06/03/2021 | **Response**     Index # 52 | | |
| 06/04/2021 | **Notice of Appearance**     Index # 53 | | |
| 06/07/2021 | **Motion for Contempt**     Index # 54 | | |
| 06/15/2021 | **Objection**     Index # 55 | | |
| 06/22/2021 | **Order Permitting Withdrawl of Counsel**     Index # 56 | | |
| 06/23/2021 | **Notice of Hearing**     Index # 57 | | |
| 06/23/2021 | **Notice of Hearing**     Index # 58 | | |
| 06/23/2021 | **Order Granting**     Index # 59 | | |
| 06/24/2021 | **Amended Notice**     Index # 60 | | |
| 06/28/2021 | **Certificate of Written Discovery**     Index # 61 | | |
| 07/05/2021 | **Response**     Index # 62 | | |
| 07/08/2021 | **Motion Hearing** (2:00 PM) (Judicial Officer Chew, Linda) | | |
| 07/08/2021 | **Reply**     Index # 63 | | |
| 07/08/2021 | **Reply**     Index # 64 | | |
| 07/13/2021 | **Order Setting Hearing**     Index # 65 | | |
| 07/14/2021 | **Judge's Conference** (3:30 PM) (Judicial Officer Chew, Linda) | | |
| 07/14/2021 | **Notice of Filing**     Index # 66 | | |
| 07/15/2021 | **Order Setting Hearing**     Index # 67 | | |
| 07/16/2021 | **Intervention**     Index # 68 | | |
| 07/16/2021 | **Motion to Vacate**     Index # 69 | | |
| 07/27/2021 | **Amended Petition**     Index # 70 | | |

| Date | Entry |
|---|---|
| 07/28/2021 | **Response** Index # 71 |
| 08/06/2021 | **Amended Petition** Index # 72 |
| 08/06/2021 | **Jury Demand** Index # 73 |
| 08/10/2021 | **Motion to Compel** Index # 74 |
| 08/12/2021 | **Amended Notice** Index # 75 |
| 08/19/2021 | **Amended Petition** Index # 76 |
| 08/20/2021 | **Response** Index # 77 |
| 08/23/2021 | **Suggestion of Bankruptcy (OCA)** Index # 78 |
| 08/24/2021 | **Pre-Trial Hearing** (10:00 AM) (Judicial Officer Chew, Linda) |
| | *09/21/2021 Reset by Court to 08/24/2021* |
| 08/24/2021 | **Order Setting Hearing** Index # 79 |
| 09/01/2021 | **Motion Hearing** (4:00 PM) (Judicial Officer Chew, Linda) |
| 09/01/2021 | **Order Setting Hearing** Index # 80 |
| 09/09/2021 | **Motion for Severance** Index # 81 |
| 09/10/2021 | **Motion for Protective Order** Index # 82 |
| 09/10/2021 | **Notice of Hearing** Index # 83 |
| 09/10/2021 | **Certificate of Written Discovery** Index # 84 |
| 09/13/2021 | **Response** Index # 85 |
| 09/13/2021 | **Motion for Severance** Index # 86 |
| 09/14/2021 | **Statement** Index # 87 |
| 09/15/2021 | **Motion Hearing** (10:30 AM) (Judicial Officer Chew, Linda) |
| 09/16/2021 | **Notice Lifting Stay** Index # 90 |
| 09/17/2021 | **Motion for Contempt** Index # 89 |
| 09/20/2021 | **Notice of Judgment Sent** |
| 09/20/2021 | **Notice of Judgment Sent** |
| 09/20/2021 | **Notice of Judgment Sent** |
| 09/20/2021 | **Notice of Judgment Sent** |
| 09/20/2021 | **Notice of Judgment Sent** |
| 09/20/2021 | **Notice of Judgment Sent** |
| 09/20/2021 | **Order Setting Hearing** Index # 91 |
| 09/20/2021 | **Notice of Hearing** Index # 92 |
| 09/20/2021 | **Objection** Index # 93 |
| 09/20/2021 | **Notice of Hearing** Index # 94 |
| 09/22/2021 | **Notice** Index # 95 |
| 09/22/2021 | **Motion for Continuance** Index # 96 |
| 09/22/2021 | **Motion to Withdraw** Index # 97 |
| 09/23/2021 | **Contempt Hearing** (1:30 PM) (Judicial Officer Chew, Linda) |
| | Result: Appeared |
| 09/23/2021 | **Order Setting Hearing** Index # 98 |
| 09/24/2021 | **Entry of Appearance** Index # 99 |
| 09/24/2021 | **Returned Mail** Index # 103 |
| 09/27/2021 | **Response** Index # 100 |
| 09/27/2021 | **Response** Index # 101 |
| 09/28/2021 | **Contempt Hearing** (3:30 PM) (Judicial Officer Chew, Linda) |
| 09/28/2021 | **Order Permitting Withdrawl of Counsel** Index # 102 |
| 10/13/2021 | **Returned Mail** Index # 106 |
| 10/14/2021 | **Order for Contempt** Index # 104 |
| 10/15/2021 | **Motion to Withdraw** Index # 105 |
| 10/19/2021 | *CANCELED* **Bench Trial** (10:00 AM) (Judicial Officer Chew, Linda) |
| | *Court Coordinator Discretionary Cancellation* |
| 10/21/2021 | **Motion to Withdraw Attorney** (10:30 AM) (Judicial Officer Chew, Linda) |
| 10/26/2021 | **Order Permitting Withdrawl of Counsel** Index # 107 |
| 10/26/2021 | **Order Setting Hearing** Index # 108 |
| 11/01/2021 | **Motion Hearing** (11:00 AM) (Judicial Officer Chew, Linda) |
| 11/29/2021 | **Suggestion** Index # 110 |
| 11/30/2021 | **Order Remanding (OCA)** Index # 111 |
| 01/27/2022 | **Answer** Index # 112 |
| 02/25/2022 | **Motion for Summary Judgment** Index # 113 |
| 03/03/2022 | **Notice of Hearing** Index # 114 |
| 03/04/2022 | **Amended Petition** Index # 115 |
| 03/07/2022 | **Answer** Index # 116 |
| 03/10/2022 | **Motion for Contempt** Index # 117 |
| 03/11/2022 | **Motion for Continuance** Index # 118 |
| 03/30/2022 | **Notice of Appearance** Index # 119 |
| 03/30/2022 | **Order Setting Hearing** Index # 120 |
| 04/05/2022 | *CANCELED* **Motion for Summary Judgment** (2:00 PM) (Judicial Officer Chew, Linda) |
| | *Cancelled Pending Reset* |
| 04/11/2022 | **Motion for Non Suit** Index # 121 |
| 04/12/2022 | **Notice of Assignment** Index # 122 |
| 04/29/2022 | **Motion to Strike** Index # 123 |
| 05/09/2022 | **Notice of Withdrawal** Index # 124 |
| 05/10/2022 | **Notice of Hearing** Index # 125 |
| 05/10/2022 | **Response to Summary Judgment** Index # 126 |
| 05/10/2022 | **Response to Summary Judgment** Index # 127 |
| 05/17/2022 | **Motion for Summary Judgment** (3:30 PM) (Judicial Officer Chew, Linda) |
| 05/17/2022 | **Motion Hearing** (3:30 PM) (Judicial Officer Chew, Linda) |
| 05/17/2022 | **Motion to Withdraw** Index # 128 |
| 05/17/2022 | **Order Setting Hearing** Index # 129 |
| 05/23/2022 | **Order Denying Summary Judgment** Index # 132 |
| 05/24/2022 | **Status Hearing** (11:00 AM) (Judicial Officer Chew, Linda) |
| 05/24/2022 | **Motion to Withdraw Attorney** (11:00 AM) (Judicial Officer Chew, Linda) |
| 05/24/2022 | **Order Setting Hearing** Index # 130 |
| 05/24/2022 | **Order Setting Jury Trial** Index # 131 |

| | | |
|---|---|---|
| 05/25/2022 | **Order Permitting Withdrawl of Counsel** | **Index # 133** |
| 05/31/2022 | **Motion to Strike** | **Index # 134** |
| 06/03/2022 | **Supplement** | **Index # 135** |
| 06/16/2022 | **Motion Hearing** (2:00 PM) (Judicial Officer Chew, Linda) | |
| 10/31/2022 | **Pre-Trial Hearing** (9:30 AM) (Judicial Officer Chew, Linda) | |
| 11/01/2022 | **Jury Trial** (9:00 AM) (Judicial Officer Chew, Linda) | |